# Third District Court of Appeal

## State of Florida

Opinion filed June 9, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-492
Lower Tribunal No. 14-14299

_____

**Delia Hernandez,**
Appellant,

vs.

**Badcock Furniture Inc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

The Monfiston Firm, and Daniel Monfiston, for appellant.

McFarlane, Dolan & Prince, and Joseph Clancy and William J. McFarlane, III (Coral Springs), for appellee.

Before EMAS, C.J., and FERNANDEZ and SCALES, JJ.

PER CURIAM.

Affirmed. <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.").